JEFFREY SEVIER
NAME
C -28367
PRISON NUMBER

SAN QUENTIN STATE PRISON
CURRENT ADDRESS OR PLACE OF CONFINEMENT

SAN QUENTIN, CA. 94974
CITY, STATE, ZIP CODE



2254 ✓ 1983
FILING FEE PAID
Yes ✓    No
IFP MOTION FILED
Yes    No ✓
COPIES SENT TO
Court ✓    ProSe

FILED

2008 JAN 17 PM 3: 30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

JEFFREY SEVIER                              ,
(FULL NAME OF PETITIONER)
                        **PETITIONER**

v.

ROBERT L. AYERS, WARDEN
                                            ,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

                        **RESPONDENT**
            and

N/A                                         ,
The Attorney General of the State of
California, Additional Respondent.

Civil No '**08 CV 0101 DMS JMA**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:

   SUPERIOR COURT OF SAN DIEGO COUNTY
2. Date of judgment of conviction: APRIL 13, 1998

3. Trial court case number of the judgment of conviction being challenged:

   SCN066402
4. Length of sentence: 43 YEARS TO LIFE

5.  Sentence start date and projected release date:    April 13, 1998–2037

6.  Offense(s) for which you were convicted or pleaded guilty (all counts):
    CT. 1–Robbery w/use Deadly Weapon; CT.2–Assault w/Deadly Weapon; CT.3–Petty Theft w/Prior; And 4 prior prison Term Allegations

7.  What was your plea? (CHECK ONE)

    (a) Not guilty         [ ]
    (b) Guilty             [ ]
    (c) Nolo contendere    [X]

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
    (a) Jury               [ ]    * I didn't have a trial I plead nolo contendere.
    (b) Judge only         [ ]

9.  Did you testify at the trial?

    *[X] Yes  [ ] No    *–I plead to the charges.

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    [X] Yes  [ ] No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: Conviction Affirmed

    (b) Date of result (if known): March 10, 1999

    (c) Case number and citation (if known): D031203
    (d) Names of Judges participating in case (if known):

    (e) Grounds raised on direct appeal: TRIAL COURT FAILED TO CONSIDER PROPER FACTORS IN DENYING APPELLANT'S MOTION STRIKE ONE OR MORE SERIOUS FELONY PRIORS; 43 YEARS TO LIFE IS CRUEL AND UNUSUAL PUNISHMENT

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) ResultPetition Denied

    (b) Date of result (if known):

    (c) Case number and citation (if known): D031203

    (d) Grounds raised: SAME AS 11(e)

**13.** If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result:

    (b) Date of result (if known):

    (c) Case number and citation (if known):

    (d) Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

**14.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
[X] Yes  [ ] No

**15.** If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known):

    (b) Nature of proceeding: Writ of Error Coram Nobis

    (c) Grounds raised: BY IMPOSING THE 43 YEARS TO LIFE SENTENCE THE COURT EXCEEDED THE AGREED UPON TERM OF 25 YEARS TO LIFE.

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    [ ] Yes  [X] No

    (e) Result: Denied

    (f) Date of result (if known):   January 11, 2006

**16.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
[X] Yes  [ ] No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known):

    (b) Nature of proceeding:  Direct Appeal/Coram Vobis

    (c) Names of Judges participating in case (if known)

    (d) Grounds raised: THE TRIAL COURT ERRED IN DENYING APPELLANT'S PETITION FOR WRIT OF CORAM NOBIS AS HE WAS NOT PROPERLY ADVISED AS TO THE MINIMUM SENTENCE HE WOULD RECEIVE PURSUANT TO HIS PLEA AGREEMENT.

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

    (f) Result:  Denied

    (g) Date of result (if known):  November 8, 2006

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☒ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known):

    (b) Nature of proceeding:  Petition For Review

    (c) Grounds raised: Has a crimoinal defendant been denied substantial rights when the trial court fails to advise him that its denial of his anticipated motion under People v. Superior Court (Romero) (1996) 13 Cal. 4th 496 would result in a mandatory minimum 40 year sentence rather than the standard 25 years to life three strikes sentence because the defendant also admitted in his change of plea three serious prior felony convictions within the meaning of Penal Code § 667(a). In such a case is the defendant entitled to withdraw his plea, be resentenced or seek enforcement of the 25 year to life minimum ?

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☒ No

    (e) Result:  Denied

    (f) Date of result (if known):  January 17, 2007

CIV 68 (Rev. Jan. 2006)

cv

**20.** If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

## COLLATERAL REVIEW IN FEDERAL COURT

**21.** Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
  ☐ Yes  ☒ No      (IF "YES" SKIP TO #22)
  (a) If no, in what federal court was the prior action filed?
    (i) What was the prior case number?  02-56450
    (ii) Was the prior action (CHECK ONE):
        Denied on the merits?                    ☒ X
        Dismissed for procedural reasons?  ☐
    (iii) Date of decision:
  (b) Were any of the issues in this current petition also raised in the prior federal petition?
      ☐ Yes  ☒ No
  (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given
      you permission to file this second or successive petition?
      ☐ Yes  ☒ No  *Not Applicable see Memorandum

---

**CAUTION:**
- **Exhaustion of State Court Remedies:**  In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:**  If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:**  You must state facts, not conclusions, in support of your grounds.  For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do.  A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

   (a) **GROUND ONE**: UNLAWFUL DETENTION OCCURED WHEN STATE COURT FAILED TO PROPERLY APPLY CALIFORNIA CONTRACT LAW

   **Supporting FACTS**: On February 26, 1998, petitioner withdrew his previously entered pleas of not guilty and pled no contest to the "face" of the amended information charging him with one count of robbery, one count of assault with a deadly weapon and one count of petty theft with a prior. Petitioner also admitted all prior and serious prior felony allegations.(CT-12.)
   At the change of plea hearing, the following statement was made by the court:

   > "When you come back here, I am open to hearing argument, hearing anything you have to say, what Mr. Bowman is going to have to say. Then I'll make my decision because this is a three-strikes case, and you are looking at 25 years to life."

   (CT-13.)

   The court later noted the offense was very serious and stated:

   > "I have no idea what I am going to do when you come back. I know what the law allows me to do, and I can consider striking strikes, but I have no promised to do so, and if I do give you 25 years to life, you can't sit here and say 'I've changed my mind. I want to take my plea back.'"

   (CT-13.)
   *See attached page for continuation of Ground One.

   **Did you raise GROUND ONE in the California Supreme Court?**

   X Yes ☐ No.

   If yes, answer the following:

   (1) Nature of proceeding (i.e., petition for review, habeas petition): Petition For Review.

   (2) Case number or citation:

   (3) Result (attach a copy of the court's opinion or order if available): Denied. See order attached.

22(a) Continued:

The court later noted:

> "And now this plea to a new robbery exposes you
> to what's called '25 years to life'."

(CT-14.)

Again, the court later noted:

> "But you need to know under California the maximum
> you are looking at based on what we're describing
> here is the 25 years to life and a number of less-
> er time can be considered depending what I do or
> don't do. Striking enough priors that would take
> you out of a three-strikes exposure may still ex-
> pose you to serving at least 80% of what I ordered
> you to serve, plus you have the five-year enhance-
> ments. This is the kind of exposure I am talking
> about."

(CT-14.)

On April 13, 1998, petitioner was sentenced to the max-
imum allowed pursuant to the Amended Information for 43 years
to life. See (Petition,Exhibit C (CT-32-33) at pp.22-23.)

In the petition for writ of error coram nobis evidence
was presented to show that the change of plea form did not in-
dicate that petitioner had agreed to consecutive sentencing.
See (Petition at pp.1; Brief In Support In Support of Petition
at p.2.)

Petitioner's Notice of Appeal was based on the failure
of the state court to accord due process and equal protection
by abiding by California's Contract Law. See (Notice of Appeal
filed February 10, 2006.)

In the Court of Appeal petitioner argued that his peti-
for writ of error coram nobis was a proper manner in which to
attack the plea, in light of the fact the trial court failed
to advise him that not only was the potential maximum term un-
der his plea life in prison, but that term also involved im-
position of a mandatory, consecutive five-year term for each
of the three serious prior felonies petitioner admitted as part
of his plea agreement. In other words, nowhere in the colloqui-
es between petitioner and the court or on the change of plea
form is reflected an awareness on petitioner's part that the
minimum term he must serve was 40 years to life in state prison
if the court elected not to strike any of his prior strikes or
strike sufficient prior serious felonies to render him other
than a third strike defendant. By existing law it appeared that
unless the trial court exercised discretion in petitioner's

22(a) Continued:

favor, it was bound under the law to impose an additional, con-
secutive five year term for each serious prior felony he admit-
ted pursuant to Penal Code § 667(a).

In attacking the conviction by way of coram nobis, peti-
argued that he was at no time advised that the minimum term he
would serve would be 40 years to life if the trial court did
not strike any of his prior strikes. Further petitioner argued
that the trial court's failure to adequately advise as to the
mandatory minimum sentence which would have to be imposed deni-
ed his right to due process and equal protection under both the
United States and California Constitutions.

The Court of Appeal rejected petitioner's arguments, but
did acknowledge an arguable factual dispute as to petitoner's
asserted variance between the terms of the plea agreement and
ultimate sentence. The court also ruled on the merits noting
that the signed change of plea form stated that the maximum
term he faced in prison was "life" without any reference to a
minimum term.(Opinion pp.5-6.)

**(b) GROUND TWO**: Same as stated at 19(c).

Supporting FACTS: Same as stated for Ground One on pages 6,6(a),6(b) and the following: Although technically petitioner is eligible for a term of "Life" under the plea agreemeny, the mandatory minimum sentence was non- nonethless of great importance and should have been explained to peti- tioner. Under existing law, he is required to serve 80 % of a 25-year minimum under the three strikes law before parole eligibility arises. the additional 15 years for the three prior serious felonies also requires service of 80 % of that term. In other words, petitioner would be requir- ed under the present sentence imposed to serve a minimum in prison be- fore parole eligibility. This exceeds by 12 years the time to be served on a standard three strikes sentence.

Petitioner urged in the Court of Appeal, that the instant writ of coram nobis was appropriate as it was based upon errors of fact rather than legal errors.

**Did you raise GROUND TWO in the California Supreme Court?**

[X] Yes [ ] No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition):  Petition For Review

(2) Case number or citation:  S148125

(3) Result (attach a copy of the court's opinion or order if available):  Denied

(c) **GROUND THREE**:


**Supporting FACTS**:


**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☐ No.

    If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition):

    (2)    Case number or citation:

    (3)    Result (attach a copy of the court's opinion or order if available):

**(d)**    **GROUND FOUR**:


**Supporting FACTS**:


**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition):

    (2)    Case number or citation:

    (3)    Result (attach a copy of the court's opinion or order if available):

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?

☐ Yes  ☒ No

**24.** If your answer to #23 is "Yes," give the following information:

    (a) Name of Court:

    (b) Case Number:

    (c) Date action filed:

    (d) Nature of proceeding:


    (e) Name(s) of judges (if known):

    (f) Grounds raised:




    (g) Did you receive an evidentiary hearing on your petition, application or motion?

      ☐ Yes  ☐ No


**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein: Michael Washington,Public Defender,400 Melrose Dr. Vista,Ca. 92083

    (a) At preliminary hearing . . . . . . . .

    (b) At arraignment and plea . . . . . . .  Same as above.

    (c) At trial . . . . . . . . . . . . . . . . . . . .  Same as above.

    (d) At sentencing . . . . . . . . . . . . . .  Same as above.

    (e) On appeal . . . . . . . . . . . . . . . . .  Patrick J. Hennessey Jr.,2356 Moore St. Suite 201,San Diego,CA. 92110

    (f) In any post-conviction proceeding .  N/A

    (g) On appeal from any adverse ruling in a post-conviction proceeding: Patrick J. Hennessey Jr.,2356 Moore St. Suite 201, San Diego,Ca. 92110

CIV 68 (Rev. Jan. 2006)

-10-

cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒Yes    ☐No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐Yes    ☒No

   (a)  If so, give name and location of court that imposed sentence to be served in the future:

   (b)  Give date and length of the future sentence: .

   (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
      ☐Yes    ☐No    N/A

28. Consent to Magistrate Judge Jurisdiction

    In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

29. Date you are mailing (or handing to a correctional officer) this Petition to this court:

CIV 68 (Rev. Jan. 2006)

-11-

cv

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

1-8-08

(DATE)

SIGNATURE OF PETITIONER

CIV 68 (Rev. Jan. 2006)

-12-

cv

# DECLARATION OF SERVICE BY MAIL

I, _JEFFREY SEVIER_, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. _C-28367_    Housing _2-N-83_
San Quentin State Prison
San Quentin, CA 94974

On _1 - 8_, _2008_, I served the following document(s):
Month/Day   Year

_PETITION FOR WRIT HABEAS CORPUS_
_MEMORANDUM WITH POINTS OF AUTHORITY_
_IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS_

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

_UNITED STATES DISTRICT COURT_
_SOUTHERN DISTRICT OF CALIFORNIA_
_OFFICE OF THE CLERK_
_880 FRONT STREET SUITE 4290_
_SAN DIEGO, CALIFORNIA 92101 - 8900_

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this _8_ day of _JAN._, _2008_, at San Quentin, CA, County of Marin.

_Jeffrey Sevier_
Signature of declarant

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Jeffrey Sevier

DEFENDANTS

2254    1983

FILING FEE PAID
Yes    No

IFP MOTION FILED
Yes    No

COPIES SENT TO
Court    Pro Se

FILED

2008 JAN 17 PM 3: 30

Robert L. Ayers
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Marin
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jeffrey Sevier
San Quentin State Prison
San Quentin, CA 94974
C-28367

ATTORNEYS (IF KNOWN)

'08  CV  0101  DMS  JMA

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE    Docket Number

DATE    January 17, 2008    SIGNATURE OF ATTORNEY OF RECORD    R. Muller

146550  $5.00
1/18/08  Sea

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 146550    — SH**

**January 17, 2008**
**15:30:13**

**Habeas Corpus**
USAO #.: 08CV0101-DMS
Amount.:                    $5.00 CK
Check#.: STCA 187-070683

**Total—>   $5.00**

FROM: JEFFREY SEVIER